USCA1 Opinion

 

 [NOT FOR PUBLICATION] ___________________
No. 91-1390 HERMAN BREWTON, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Andrew A. Caffrey, Senior U.S. District Judge] ___________________ Before Campbell, Torruella and Selya, Circuit Judges. ___________________ Herman Brewton on brief pro se. Wayne A. Budd, United States Attorney, and Paul V. Kelly,
Assistant United States Attorney, on brief for appellee. __________________ __________________ Per Curiam. We have reviewed the parties' briefs and
the record on appeal. We affirm the judgment of the district
court essentially for the reasons stated in the magistrate's
report and recommendation, dated March 18, 1991, and accepted
by the district court. Affirmed.